# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JORGE JIMENEZ,** | No. LA CV 16-06790-VBF-0SK |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| DEBBIE ASUNCION (Warden, CDC-Lancaster), | |
| Respondent. | |

Pursuant to this Court's contemporaneously issued Order Dismissing the Action With Prejudice, **final judgment is hereby entered in favor of the respondent and against petitioner Jorge Jimenez.**

Dated: September 26, 2017

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE