JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **JORGE JIMENEZ,** <br>       Petitioner, <br>   v. <br> DEBBIE ASUNCION (Warden), <br>       Respondent. | No. LA CV 16-06790-VBF-LAL <br> **FINAL JUDGMENT** |

**Final judgment is hereby entered in favor of respondent and against petitioner Jorge Jimenez.** IT IS SO ADJUDGED.

Dated: July 24, 2018

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge